

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00277-CV

Shawna **SILVAS**,
Appellant

v.

Krystyne F. **ALEKSANDER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11352
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

SIGNED June 11, 2014.

_____
Karen Angelini, Justice